FILED

2018 MAY 16 AM 11: 16

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Petra REYES-Luis,<br><br>Defendant. | Case No.: '18 MJ8750<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., Section 1544<br>Misuse of Passport |

The undersigned complainant being duly sworn states:

On or about May 15, 2018, within the Southern District of California, the defendant, Petra REYES-Luis, did knowingly and willfully use a United Stated Passport Card issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting a U.S. Passport Card, issued to A.L.G, to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that she was not A.L.G, and that the U.S. Passport Card was not issued or designed for her use; all in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Jeffrey L. Binuya, CBP Chief
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OF MAY, 2018.

_____
HON. PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Petra REYES-Luis

## STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report of Customs and Border Protection Officer (CBPO) R. Torres, that defendant, Petra REYES-Luis (REYES), attempted to enter the United States at the Calexico, California West Port of Entry on May 15, 2018.

On May 15, 2018, at approximately 10:15 a.m., defendant, REYES, applied for admission into the United States from Mexico at the Calexico, California West Port of Entry through Pedestrian Primary. Upon inspection before United States Customs and Border Protection (CBP) Officer Elizalde, REYES presented a U.S. Passport Card bearing the name A.L.G. CBP Officer Elizalde noticed REYES did not depict the person on the U.S Passport's photograph; her nose was of a different shape and of a darker skin color. CBPO Elizalde queried the U.S Passport Card and it was reported lost and stolen. CBP Officer Elizalde escorted REYES to the pedestrian secondary office for further inspection.

During the secondary inspection, record checks were conducted which revealed REYES had previous immigration violations. Records confirmed REYES is an alien, a native and citizen of Mexico with no legal documents to enter, pass through, reside, or be legally employed in the United States.

3

Immigration service records reflect no evidence REYES has applied for or received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security, to legally enter the United States. REYES's fingerprints were queried through the Integrated Automated Fingerprint Identification System (IAFIS) with results revealing REYES was previously removed from the United States on 5/9/2018.